IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WADE STEVEN GARDNER, MARY JOYCE
STEVENS, RANDY WHITTAKER Individually
and his official capacity at Southern War Cry,
VETERANS MONUMENTS OF AMERICA, INC,,
CAPT. PHIL WALTERS, in his official capacity as
1st Lt. Commander of the Judah P. Benjamin Camp
#2210 Sons of Confederate Veterans, KEN DANIEL,
in his official capacity as Director of Save
Southern Heritage, Inc. Florida,

      Plaintiffs,

v.                                                          Civil Action No. 8:18-CV-02843-VMC-JSS

WILLIAM MUTZ, in his official capacity as Mayor
of the City of Lakeland, Florida, TONY DELGADO,
in his official capacity as Administrator of the City of
Lakeland, DON SELVEGE, individually and in his
official capacity as  City of Lakeland Commissioner,
JUSTIN TROLLER, individually and in his official
capacity as City of Lakeland Commissioner, PHILLIP
WALKER, individually and in his official capacity as
City of Lakeland Commissioner, ANTONIO PADILLA,
individually and in his official capacity as President of
Energy Services & Products Corp., and MICHAEL
ERTEL, in his official capacity as Secretary of State of
the State of Florida,

      Defendants

_____/

**NOTICE OF APPEAL**

Plaintiffs, et al, by and through their undersigned Attorney of record, David R. McCallister, hereby files this Notice of Appeal to the Eleventh Circuit Court of Appeal, the Order Dismissing case entered by the United States District Court on January 28, 2019 (Dkt. 43) regarding Defendant's Motions to Dismiss (Dkt. 12 & 13).

**Dated this 5th day of February, 2019.**

_____
DAVID R. MCCALLISTER,
Florida Bar No. 724637
13742 17th St., Dade City, FL 33525
PO Box 7343, Wesley Chapel, FL 33545
TELEPHONE: 813-973-4319
FAX: 352-260-0157
DavidMcCallister@hotmail.com
Attorney for all Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of February, 2019, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system, which will send notice of electronic filing to the Defendants, c/o GRAY ROBINSON, PA., Mark N. Miller Esq., mark.miller@gray-robinson.com, Kristie Hatcher-Bolin, Esq., Kristie.hatcher-bolin@gray-robinson.com, and to additional email addresses as registered with the CM/ECF system; Ashely Davis, Esq., ashley.davis@dos.myflorida.com, and to other address as registered with CM/ECF system

_____
DAVID R. MCCALLISTER,
Florida Bar No. 724637
13742 17th St., Dade City, FL 33525
PO Box 7343, Wesley Chapel, FL 33545
TELEPHONE: 813-973-4319
FAX: 352-260-0157
DavidMcCallister@hotmail.com
Attorney for all Plaintiffs